JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| WILLIAM RAINER, | ) CV 14-6634-AG (SH) |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| D.R. WYAND, | ) |
| Defendant. | ) |

Pursuant to the Order of the court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that Plaintiff's Complaint is dismissed without leave to amend.

DATED: MARCH 31, 2015

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

1